IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCHOENFELD,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent.<br>_____/ | No. C-05-5145 MMC<br><br>**ORDER DENYING MOTION FOR CLARIFICATION OF RECORD** |

    Before the Court is petitioner's Motion for Clarification of Record, filed April 6, 2006. On December 16, 2005, the instant action was transferred to the United States District Court for the Central District of California. The instant motion seeks clarification of an order issued by the Central District. Consequently, petitioner's motion for clarification of record is hereby DENIED, without prejudice to petitioner's refiling the motion in the proper court.

    **IT IS SO ORDERED.**

Dated: April 10, 2006

                                                 MAXINE M. CHESNEY<br>
                                                 United States District Judge